PROB 12A
(Revised 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Troy Stockard</u>  Case Number: <u>3:15-00090</u>

Name of Current Judicial Officer: <u>The Honorable Todd J. Campbell, U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>The Honorable Thomas B. Russell, U.S. District Judge, WDKY</u>

Date of Original Sentence: <u>March 1, 2010</u>

Original Offense: <u>Count Two 21 U.S.C. § 841(b)(1)(B)(ii) and 18 U.S.C. § 2 Aiding and Abetting Knowingly and Intentionally Possess with Intent to Distribute Cocaine, a Schedule II Controlled Substance</u>

Original Sentence: <u>87 months' custody followed by 4 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>September 26, 2014</u>

Assistant U.S. Attorney: <u>Unassigned</u>  Defense Attorney: <u>Michael Holley</u>

---

**THE COURT ORDERS:**

☑ No Action Necessary at this Time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

_____
Abby Kurtis
U.S. Probation Officer

Considered this <u>1st</u> day of <u>December</u>, 2016,
and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

Place   Nashville, Tennessee

Date   November 29, 2016

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

**Violation No.**     **Nature of Noncompliance**

1.     **The defendant shall refrain from any unlawful use of a controlled substance.**

    On November 16, 2016 and November 18, 2016, Mr. Stockard provided urine samples that tested positive for cocaine, which he admitted using.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Troy Stockard began his term of supervised release on September 26, 2014, and is scheduled to complete his term on September 25, 2018. He currently resides in LaVergne, Tennessee, with his parents. Mr. Stockard is currently employed driving for Uber.

Mr. Stockard was referred for a substance abuse assessment at Centerstone Mental Health on September 29, 2014. It was recommended that he participate in individual therapy twice a month. He complied with all treatment recommendations.

On July 23, 2015, a report was submitted to the Court alleging Mr. Stockard violated his terms of supervised release in that he unlawfully used cocaine, as evidenced by a positive drug test on May 15, 2015. It was recommended that Mr. Stockard continue on supervision, so he could take advantage of substance abuse treatment. No further action was ordered.

On August 6, 2015, a second report was submitted to the Court alleging Mr. Stockard violated his terms of supervised release in that he unlawfully used cocaine, as evidenced by a positive drug test on August 5, 2015. Mr. Stockard's treatment sessions at Centerstone were increased to include weekly individual mental health treatment, as well as weekly group substance abuse counseling sessions. No further action was ordered.

On September 2, 2015, Mr. Stockard reported to the probation office and advised that his drug use and depression were getting worse. His therapist at Centerstone was notified of this development, and it was recommended that he continue with weekly treatment sessions. He was given a list of inpatient substance abuse treatment facilities by his therapist at Centerstone. Mr. Stockard also reported he was going to attend AA/NA meetings daily.

On September 2, 2015, the probation officer assisted Mr. Stockard in calling several inpatient substance abuse treatment facilities to start the admission process. Mr. Stockard was instructed to complete an admission interview and get his name on the waiting list for treatment. Mr. Stockard contacted the probation officer on September 4, 2015, and reported he was hesitant about attending inpatient treatment because he may have obtained new employment at that time.

After his third positive test for cocaine, a petition recommending a summons was submitted to the Court on September 8, 2015, and a summons was ordered. Mr. Stockard made his initial appearance on September 10 and a revocation hearing was held on September 30, 2015. Mr. Stockard admitted to the violation as alleged and the hearing was continued, to allow him time to progress in treatment and show he could curb his drug use. On December 14, 2015, the petition was dismissed, as Mr. Stockard had no further positive drug tests and had continued to do well in treatment.

Mr. Stockard had negative random drug tests from the first week of September 2015 until the positive result on September 26, 2016. Following September 26, 2016, he had four negative drug tests. However, he tested positive for cocaine again on November 16, 2016, and November 18, 2016. The probation office counseled him regarding the use and warned him of the possible negative ramifications.

On November 15, 2016, Mr. Stockard went to the Elam Mental Health Center for an intake assessment. At that time, it was recommended that he participate in their inpatient residential treatment program. However, there currently is a 4-6 week wait. In the meantime, the probation officer has referred Mr. Stockard to the Guidance Center for outpatient substance abuse treatment.

Further, Mr. Stockard requested to report to the probation office three days per week for drug testing, as he believes it will help him stay sober. He tested negative for all illicit substances on November 21, 2016, November 23, 2016, and November 28, 2016.

**U.S. Probation Officer Recommendation:**

The probation officer respectfully recommends the Court take no additional action at this time and that Mr. Stockard be allowed to continue on supervised release to benefit from additional substance abuse treatment. This matter has been reported to a representative of the U.S. Attorney's Office, who concurs with the recommendation.

Approved:

Britton L. Shelton
Supervisory U.S. Probation Officer